# IN THE COURT OF APPEALS OF IOWA

No. 15-1705
Filed June 29, 2016

**STATE OF IOWA,**
     Plaintiff-Appellee,

**vs.**

**CAROLJO JAMES TAYLOR,**
     Defendant-Appellant.
_____

Appeal from the Iowa District Court for Allamakee County, Richard D. Stochl, Judge.

Caroljo Taylor appeals the district court's denial of his request for appointment of counsel on his motions challenging the legality of his sentence and challenging restitution. **AFFIRMED.**

Mark C. Smith, State Appellate Defender, for appellant.

Thomas J. Miller, Attorney General, and Louis S. Sloven and Kevin R. Cmelik, Assistant Attorneys General, for appellee.

Considered by Potterfield, P.J., and Mullins and McDonald, JJ.

**MULLINS, Judge.**

Caroljo Taylor pled guilty to two counts of sexual abuse in the third degree in 2013, was sentenced, and was ordered to pay restitution. Thereafter, he filed several pro se motions in 2013, which the court denied, and Taylor did not appeal. Taylor then filed additional pro se motions in 2014. He appealed the denial of those motions. *See State v. Taylor*, No. 14-0376, 2015 WL 4158762, at *1 (Iowa Ct. App. July 9, 2015). On remand, the court considered the 2014 motions, including Taylor's request for appointment of counsel. The court denied the motions and Taylor's request for appointment of counsel. Taylor has appealed the denial of appointment of counsel on his motions challenging the legality of the sentence and challenging restitution.

We determine the district court correctly denied the request for appointment of counsel as to all matters then pending before the district court and no error of law appears. *See State v. Cohrs*, No. 14-2110, 2016 WL 146526, at *2-3 (Iowa Ct. App. Jan. 13, 2016); *State v. Wolcott*, No. 11-1009, 2012 WL 1439510, at *1-4 (Iowa Ct. App. Apr. 25, 2012).

We affirm without opinion. *See* Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**